**DASTI, McGUCKIN, McNICHOLS
CONNORS, ANTHONY & BUCKLEY**
THOMAS E. MONAHAN, ESQ.
PATRICK F. VARGA, ESQ.
620 West Lacey Road
Forked River, New Jersey 08731
(609) 971-1010  FAX (609) 971-7093
**Attorneys for Defendant, Township of Toms River**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe 1,<br>1000 Lincoln Dr. E. #201<br>Marlton, NJ 08053<br><br>*And*<br><br>JOHN DOE 2,<br>10000 Lincoln Dr E #201<br>Marlton, NJ 08053<br><br>*And*<br><br>JOHN DOE 3,<br>10000 Lincoln Dr E #201<br>Marlton, NJ 08053<br>*Plaintiffs*,<br><br>Plaintiffs,<br>vs.<br><br>Toms River Fire District 2<br>257 Warner St,<br>Toms River, NJ 08755<br><br>*And*<br><br>TOMS RIVER BOARD OF FIRE COMMISSIONERS DISTRICT #2<br>257 Warner St.<br>Toms River, NJ 08755<br><br>*And* | Civil Action no.<br><br><br>**NOTICE OF REMOVAL** |

DASTI, McGUCKIN,
McNICHOLS, CONNORS,
ANTHONY & BUCKLEY

COUNSELLORS AT LAW

620 WEST LACEY ROAD
FORKED RIVER, N.J. 08731

1

**SILVERTON VOLUNTEER FIRE COMPANY #1**
**15 Kettle Creek Rd.**
**Toms River, NJ 08753**

*And*

**TOMS RIVER TOWNSHIP**
**33 Washington Street**
**Toms River, NJ 08753**

*And*

**OCEAN COUNTY**
**101 Hooper Avenue**
**Toms River, NJ 08753**

*And*

**ROBERT SINNOTT**
**257 Warner St.**
**Toms River, NJ 08755**

*And*

**MICHAEL COCCO**
**257 Warner St.**
**Toms River, NJ 08755**

*And*

**RICHARD GORMAN**
**257 Warner st.**
**Toms River, NJ 0875**

*And*

**TIMOTHY CARSON**
**257 Warner St.**
**Toms River, NJ 08755**

*And*

**KEVIN W. BRITTON**
**257 Warner St.**

DASTI, McGUCKIN, McNICHOLS, CONNORS, ANTHONY & BUCKLEY

COUNSELLORS AT LAW

620 WEST LACEY ROAD
FORKED RIVER, N.J. 08731

2

Toms River, NJ 08755

*And*

**MICHAEL WILSON**
**257 Warner St.**
**Toms River, NJ 08755**

*And*

**DAVID H. SEIDERS**
**257 Warner St.**
**Toms River, NJ 08755**

*And*

**JOSEPH DUFF**
**257 Warner St.**
**Toms River, NJ 08755**

*And*

**RICHARD HEROY**
**257 Warner St.**
**Toms River, NJ 08755**

*And*

**JOHN KEATING JR.**
**257 Warner St.**
**Toms River, NJ 08755**

*And*

**JOHN CAROLAN**
**257 Warner St.**
**Toms River, NJ 08755**

*And*

**BRIAN TILLOTSON**
**257 Warner St.**
**Toms River, NJ 08755**

*And*

DASTI, McGUCKIN,
McNICHOLS, CONNORS,
ANTHONY & BUCKLEY

COUNSELLORS AT LAW

620 WEST LACEY ROAD
FORKED RIVER, N.J. 08731

**TOM MORRIS, JR.**
**257 Warner St.**
**Toms River, NJ 08755**

*And*

**STEVE HENRY**
**257 Warner St.**
**Toms River, NJ 08755**

*And*

**GUS BAXES**
**257 Warner St.**
**Toms River, NJ 08755**

*And*

**GARY TATTERSALL**
**257 Warner St.**
**Toms River, NJ 08755**

*And*

**JOHN DOES (A-Z)**

*And*

**ABC CORPORATIONS (A-Z)**
                    **Defendants.**

DASTI, McGUCKIN,
McNICHOLS, CONNORS,
ANTHONY & BUCKLEY

COUNSELLORS AT LAW

620 WEST LACEY ROAD
FORKED RIVER, N.J. 08731

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:

The Defendant herein, Township of Toms RIver("Defendants") by their attorneys, Thomas E. Monahan, Esquire., and Patrick F. Varga, Esquire, with the consent of all Defendants, respectfully represent as follows:

1.  On or about March 17, 2025, Plaintiffs, John Does 1-3 ("Plaintiffs"), commenced an action against the Township of Toms River, and twenty other Defendants in the

4

Superior Court of New Jersey, Law Division: Ocean County, by filing a Verified Complaint in Lieu of Prerogative Writ entitled <u>John Doe 1, et al v. Toms River Fire District #2 et al,</u> Docket No.: OCN-L-769-25. (**Exhibit A**).

2. The Complaint was formerly served on the Township of Toms River and all other defendants on March 25, 2025. **(Exhibit B)**.

3. Suzanne Marasco, Esq., of Hill Wallack, LLP on March 26, 2025 entered her appearance on behalf of Defendants, Toms River Fire District 2, Toms River Board of Fire Commissioners District #2, Kevin W. Britton, Timothy Carson, Joseph Duff, Michael Wilson, David H. Seiders, and Richard Heroy. (**Exhibit C**).

4. Mathew Thompson, Esq. of Berry, Sahradnik, Kotzas & Benson, entered his appearance on behalf of the County of Ocean on March 28, 2025. (**Exhibit D**).

5. Kathleen Dal Cortivo, Esq. Dal Cortivo Law Office, LLC, entered her appearance on April 10, 2025 on behalf of Defendants, Silverton Volunteer Fire Company #1, John Keating, Michael Cocco, Brian Tillotson, John Carolan, Steve Henry, Richard Gorman, Tom Morris, Gus Baxes, and Gary Tattersall. (**Exhibit E).**

6. The Complaint contains Thirteen Counts arising out of alleged sexual abuse and institutional failure within the Silverton volunteer fire company #1, where John Does 1-3 were allegedly sexually assaulted, harassed, exploited, and otherwise defamed by various defendants, and specifically Defendant Robert Sinnot.

7. The First Count alleges assault and battery against Defendant Sinnott.

8. The Second Count alleges vicarious liability against all defendants for assault and battery.

9. The Third Count alleges False Imprisonment against Defendant Sinnott.

10. The Fourth Count alleges through Respondeat Superior against all defendants, negligence, recklessness, and/or gross negligence.

11. The Fifth Count alleges Negligent Hiring, Supervision and Retention against all

Defendants.

12. The Sixth Count alleges a violation of the new Jersey Law Against Discrimination.

13. The Seventh Count alleges a violation of the New Jersey Civil Rights Act against all defendants.

14. The Eighth Count alleges Intentional Infliction of Emotional Distress by all Defendants.

15. The Ninth Count alleges Intentional Infliction of Emotional Distress against all defendants.

16. The Tenth Count alleges Breach of Fiduciary Duty against all Defendants.

17. The Eleventh Count alleges a civil conspiracy against all defendants.

18. Count Twelve alleges a 42 U.S.C. 1983 <u>Monell</u> Claim for municipal liability against the Defendants Toms River Township and the County of Ocean, asserting the Township of Toms River failed to properly supervise, control and discipline Defendants including TR Fire District 2, and were therefore the driving force behind the sexual abuse of the plaintiff. *see* **Exhibit A ¶546-548.**

19. Count Twelve alleges the systemic failure within TR Fire District #2 demonstrates that the Township of Toms River failed to promulgate written policies regarding abuse, molestation and/or neglect, and by failing to adequately supervise, control and discipline the defendants tacitly approved unlawful and constitutional abuse of Plaintiffs. *See* **Exhibit A ¶¶549-551).**

20. Based off the Township's and/or County of Oceans alleges inadequate supervision, training or pursuant to a written policy/and or custom, Plaintiff asserts that the Township of Toms River acted with deliberate indifference to the constitutional rights of the

DASTI, McGUCKIN, McNICHOLS, CONNORS, ANTHONY & BUCKLEY

COUNSELLORS AT LAW

620 WEST LACEY ROAD
FORKED RIVER, N.J. 08731

Plaintiffs, causing the Plaintiffs to "undergo vile atrocious acts of sexual abuse" and suffer great pain of body, hock, emotional distress and other injuries. *See* **Exhibit A** ¶¶ 554, 559, 564 and 572.

21.     These theories of liability are commonly referred to as <u>Monell</u> liability and are actionable pursuant to 42 U.S.C. 1983. See for example <u>Monell v. Dept of Soc. Services of the City of New York</u>, 436 U.S. 658, (1978); <u>Mark v. Borough of Hatboro</u>, 51 F.3d 1137, 1141 (3d Cir.1995); <u>Fagan v. City of Vineland</u>, 22 F.3d 1283 (3d Cir.1994); <u>Gittlemacker v. Prasse</u>, 428 F.2d 1, 3 (3d Cir.1970); <u>Bielevicz v. Dubinson</u>, 915 F.2d 845, 850 (3d Cir.1990); <u>Fletcher v. O'Donnell</u>, 867 F.2d 791, 793 (3d Cir.1989); <u>Pembaur v. City of Cincinnati</u>, 475 U.S. 469, 480 (1986); <u>City of St. Louis v. Praprotnik</u>, 485 U.S. 112, 130 (1988); <u>Oklahoma City v. Tuttle</u>, 471 U.S. 808, 823-824 (1985); <u>City of Canton v. Harris</u>, 489 U.S. 378, 385 (1989); <u>Forest v. Parry</u> 930 F.3d. 93 (3d. Cir. 2019); <u>Anthony v. City of New York</u>, 339 F.3d 129, 139-40 (2d Cir.2003)

22.     Count Thirteen alleges Defamation by John Doe 1 against Defendant Sinnott.

23.     Within the Complaint, Plaintiff also asserts that various defendants, simultaneously violated undefined "Federal Laws." See **Exhibit A** ¶¶ 96(C); 97(f); 312; and 344;

24.     Within the Complaint, Plaintiff also asserts that a variety of "Defendants" violated "Plaintiffs' "constitutional rights." See **Exhibit A** ¶¶375; 376; 550; 564; 565.

25.     The Complaint is the first paper filed in this case and the first received by Defendants in which Plaintiff alleges a claim establishing the existence of federal question jurisdiction and consequently, this action is removable to this Court pursuant to 28 <u>U.S.C</u>. §1446(b).

26.     The filing of this petition for removal is timely because it is within thirty (30) days of the date Defendants first received notice that this action became removable on the basis of federal question jurisdiction under 28 <u>U.S.C</u>. §1331. See <u>Farina v. Nokia Inc.</u>, 625 <u>F.3d</u> 97, 114 (3d Cir. 2010). Defendants reserve the right to challenge the Plaintiffs' manner of service

**DASTI, McGUCKIN, McNICHOLS, CONNORS, ANTHONY & BUCKLEY**

COUNSELLORS AT LAW

620 WEST LACEY ROAD
FORKED RIVER, N.J. 08731

and whether such service constitutes "notice" under Rules 4:4-3 and 4:4-4 of the New Jersey Rules of Civil Procedure or Rule 5(b), Fed. R. Civ. P., and 28 U.S.C. §1331.

## THIS ACTION IS REMOVABLE ON THE BASIS OF
## FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C.§1441(A)

27. The basis for federal question jurisdiction is that Plaintiff's Complaint seeks relief pursuant to the 42 U.S.C. §§ 1983. (**Exhibit "A"**). Pursuant to 29 U.S.C. §1331, federal courts have original jurisdiction over such claims.

28. Accordingly, the above-referenced action between the Plaintiffs and Defendants is one over which this Court has original jurisdiction under 28 U.S.C. §1331 and is one that may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action where the Complaint alleges a federal question. This Court may exercise supplemental jurisdiction over any other state law claim, including Plaintiffs' First, Second and Seventh Counts. See 28 U.S.C. §1367(a).

**WHEREFORE**, Defendants described herein currently pending in the Superior Court of New Jersey, Law Division: Ocean County, Docket No.: OCN-L-769-25, pray that this action be removed therefrom to this Honorable Court.

**DASTI, MCGUCKIN, McNICHOLS
CONNORS, ATHONY & BUCKLEY**
Attorneys for Defendants

Dated: April 21, 2025  /s/ Patrick F. Varga
PATRICK F. VARGA, ESQ.

**DASTI, McGUCKIN,
McNICHOLS, CONNORS,
ANTHONY & BUCKLEY**

COUNSELLORS AT LAW

620 WEST LACEY ROAD
FORKED RIVER, N.J. 08731

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
John Doe 1, et al

### DEFENDANTS
Toms River Fire District 2, 257 Warner St. Toms River, NJ 08755

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Anapol Weiss, 10000 Lincold Dr. E #201, Marlton NJ 08053

Attorneys *(If Known)*
Hill Wallack, LLP 21 Roszel Road, Princeton NJ 08543

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education / [ ] 550 Civil Rights / [ ] 555 Prison Condition / [ ] 560 Civil Detainee - Conditions of Confinement | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983 - Municipal Liability

Brief description of cause:
Alleged Sexual abuse involving volunteer members of a fire company, and the inadeqaute supervision of the sam.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: April 21, 2025

SIGNATURE OF ATTORNEY OF RECORD
s/ Patrick F. Varga

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.